In the Matter of the Application of PASQUALE PAPA, Respondent, *v.* MICHAEL O. RINI, Appellant.

*Matter of Papa* v. *Rini,* 171 App. Div. 796, affirmed.
(Argued October 6, 1916; decided October 24, 1916,)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1916, which affirmed an order of Special Term summarily directing the defendant, an attorney at law, to pay over to the petitioner a sum of money received by said attorney in his professional capacity from the petitioner and wrongfully retained.

*Leonard F. Fish* and *Michael O. Rini* for appellant.

*Arthur C. Blatz* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CAR-
DOZO and POUND, JJ. Absent: WILLARD BARTLETT,
Ch. J.